IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAMRON D. REED** | : | **CIVIL ACTION** |
| **WINCHELLA HOWARD** | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHELLE PAYE, et al.** | : | **NO. 15-6745** |

### ORDER

AND NOW, this **19th** day of **April, 2016**, upon consideration of Winchella Howard's motion to proceed *in forma pauperis* and her *pro se* complaint (Document Nos. 8 & 8-1), it is ORDERED that:

1. Ms. Howard is **GRANTED** leave to proceed *in forma pauperis*.

2. Cameron Reed is **DISMISSED** as a party to this case.[1]

3. Ms. Howard's complaint (Document No. 8-1), which the Court has referred to as the second amended complaint, is **DISMISSED** without prejudice in accordance with the Court's memorandum.

4. Ms. Howard is **GRANTED** leave to file a third amended complaint within thirty (30) days of the date of this order.  Any third amended complaint shall identify all of the defendants in the caption of the pleading and shall clearly state the basis for Ms. Howard's claims against each defendant.  Upon the filing of a third amended complaint, the Clerk of Court

---

[1] Mr. Reed's claims are dismissed with prejudice, because he failed to file a second amended complaint in the time period provided in the Court's Order dated March 1, 2016 (Document No. 7). Accordingly, he cannot file any other pleadings in this case.

shall not make service until so ORDERED. If Ms. Howard fails to file a third amended complaint, the Court may dismiss this action without further notice.

                        **BY THE COURT:**

                        /S/ Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**