IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINCHELLA HOWARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHELLE PAYE, et al. | : | NO. 15-6745 |

## ORDER

AND NOW, this 27TH day of May, 2016, upon consideration of Winchella Howard's third amended complaint (Document No. 11), it is ORDERED that:

1. The third amended complaint is DISMISSED with prejudice in accordance with the Court's memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Eduardo C. Robreno
EDUARDO C. ROBRENO, J.